# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Hugo Ricardo Sanchez-Zamora, | ) | Case No. 1:11-mj-108 |
| | ) | |
| Defendant. | ) | |

___

Defendant filed a Waiver of Preliminary Hearing on November 23, 2011. The court accepts defendant's waiver, finding that it was made freely and voluntarily, and knowingly and intelligently, and upon advice of counsel. Further, based upon defendant's waiver, the court finds that there is probable cause to believe that defendant may have committed the offense alleged in the complaint. Accordingly, the court **ORDERS** that defendant be bound over to the United States District Court to answer to the charges set forth in the complaint.

Dated this 23rd day of November, 2011.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
